UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Kenneth O'Donnell,<br><br>       Plaintiff,<br><br>v.<br><br>AbbVie Inc., and Abbott Laboratories, Inc.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)  Case No. 14-cv-1428<br>)<br>)  Judge Samuel Der-Yeghiayan<br>)<br>)<br>)<br>)<br>) |

## **CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2**

Pursuant to Rule 7.1(a) and (b)(1) of the Federal Rules of Civil Procedure, and Local Rule 3.2, Defendant AbbVie Inc., a non-governmental corporate party, certifies that it has no parent corporation and that no publicly-held corporation holds 10% or more of its stock.

Pursuant to Rule 7.1(a) and (b)(1) of the Federal Rules of Civil Procedure, and Local Rule 3.2, Defendant Abbott Laboratories, Inc., a non-governmental corporate party, certifies that it is a wholly-owned subsidiary of Abbott Laboratories, which owns more than 10% of its stock. Abbott Laboratories is a non-governmental corporate party, which is an independent, publicly held company that has no parent corporations and no publicly-held company owns 10% or more of Abbott Laboratories' stock.

Dated: March 3, 2014

Respectfully Submitted,

By:   /s/ Scott P. Glauberman
      Attorneys for Defendants

      Scott P. Glauberman
      WINSTON & STRAWN LLP
      35 West Wacker Drive
      Chicago, Illinois 60601

                Tel: (312) 558-5600
                Fax: (312) 558-5700
                Email: sglauberman@winston.com