# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

It appearing that the Hon. Matthew F. Kennelly, is presiding over a consolidated pretrial proceeding as provided for by Internal Operating Procedure 13(e), and that the cases listed below fall within the scope of that proceeding; therefore

It is hereby ordered that the cases listed below are hereby consolidated for pretrial coordination proceedings in 14 C 1748, *in re AbbVie, Inc., et al.*, presided over by the Hon. Matthew F, Kennelly.

It is further ordered that Magistrate Judge Maria Valdez shall be the designated magistrate judge in 14 C 1748.

It is further ordered that these cases shall remain pending on the calendars of the judges to whom they are currently assigned, and that an order be entered in each case by Judge Kennelly at such time as coordinated pretrial proceedings have concluded.

| Case Number | Case Title | Judge |
| --- | --- | --- |
| 14 C 1726 | Dula v. AbbVie Inc., et al. | Lefkow |
| 14 C 1826 | LaRoche v. AbbVie Inc., et al. | Holderman |
| 14 C 2085 | George v. AbbVie Inc., et al. | Dow |
| 14 C 2140 | Lueck v. AbbVie Inc., et al. | Leinenweber |
| 14 C 2221 | Emmons v. AbbVie Inc., et al. | Coleman |
| 14 C 2227 | Darby, et al. v. AbbVie Inc., et al. | Feinerman |
| 14 C 2394 | Parker v. AbbVie Inc., et al. | Tharp |
| 14 C 2405 | Deforest, et al. v. Abbot Lab | St. Eve |
| 14 C 2406 | Covey v. AbbVie Inc., et al. | Dow |

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rubén Castillo, Chief Judge

Dated at Chicago, Illinois this 4th day of April, 2014.

Cases Included in Consolidated Pretrial Proceeding 14 CV 1748, *in re AbbVie , Inc., et al.*

| Case Number | Case Title | |
|---|---|---|
| 14 CV 772 | Aurecchia v. AbbVie, Inc. et al. | Kennelly |
| 14 CV 777 | Marino v. AbbVie, Inc. et al. | Darrah |
| 14 CV 780 | Myers v. AbbVie, Inc. et al. | Gettleman |
| 14 CV 843 | Cripe v. AbbVie, Inc. et al. | Coleman |
| 14 CV 877 | Johnson v. AbbVie, Inc. et al. | Wood |
| 14 CV 879 | Kelly, Dr v. AbbVie, Inc. et al. | Durkin |
| 14 CV 917 | Gibby, et al. v. AbbVie, Inc. et al. | Durkin |
| 14 CV 918 | Hardee, et al. v. AbbVie, Inc. et al. | Feinerman |
| 14 CV 1298 | Lau v. AbbVie, Inc. et al. | Ellis |
| 14 CV 1427 | Bartholic v. AbbVie, Inc. et al. | Kennelly |
| 14 CV 1428 | O'Donnell v. AbbVie, Inc. et al. | Der-Yeghiayan |
| 14 CV 1471 | Blades, et al. v. AbbVie, Inc. et al. | Lefkow |
| 14 CV 1472 | Carpenter, et al. v. AbbVie, Inc. et al. | Coleman |
| 14 CV 1473 | Humphries, et al. v. AbbVie, Inc. et al. | Bucklo |
| 14 CV 1474 | Dobbs v. AbbVie, Inc. et al. | Kendall |
| 14 CV 1475 | Headley v. AbbVie, Inc. et al. | Dow |
| 14 CV 1476 | Hughes, et al. v. AbbVie, Inc. et al. | Gottschall |
| 14 CV 1477 | Jackson, et al. v. AbbVie, Inc. et al. | Wood |
| 14 CV 1478 | Gordon v. AbbVie, Inc. et al. | Zagel |
| 14 CV 1479 | Jones, et al. v. AbbVie, Inc. et al. | Coleman |
| 14 CV 1480 | King, et al. v. AbbVie, Inc. et al. | Feinerman |
| 14 CV 1481 | Lewis, et al v. AbbVie, Inc. et al. | Feinerman |
| 14 CV 1482 | Saylor, et al v. AbbVie, Inc. et al. | Wood |
| 14 CV 1483 | Cataudella v. AbbVie, Inc. et al. | Gottschall |
| 14 CV 1663 | Bailey v. AbbVie, Inc. et al. | Darrah |
| 14 CV 1665 | Gordon v. AbbVie, Inc. et al. | Tharp |
| 14 CV 1667 | White v. AbbVie, Inc. et al. | Leinenweber |
| 14 CV 1668 | Montgomery v. AbbVie, Inc. et al. | Lefkow |
| 14 CV 1670 | Ortiz v. AbbVie, Inc. et al. | Kennelly |
| 14 CV 1673 | DeLeon v. AbbVie, Inc. et al. | Kennelly |